**COMMONWEALTH of Pennsylvania**

v.

**Allen J. ROACHE, Appellant.**

Superior Court of Pennsylvania.

Argued July 16, 1979.

Filed March 28, 1980.

A. Benjamin Johnson, Jr., Philadelphia, for appellant.

George Rayborn, Assistant District Attorney, Philadelphia, for Commonwealth, appellee.

Before MONTGOMERY, O'BRIEN and HONEYMAN, JJ.*

PER CURIAM:

After trial by jury, the appellant was found guilty of murder in the second degree (now third degree) and of related lesser charges. Thereafter, only "boiler plate" post trial motions were filed on behalf of the appellant. Nevertheless the trial court entertained orally the reasons which appellant now pursues in this appeal. Motions were refused and sentences totalling 12½ years to 25 years were imposed.

Since *Commonwealth v. Blair*, 460 Pa. 31, 331 A.2d 213 (1975), our Superior Court has held that mere oral presentation of additional reasons in support of post trial motions is insufficient to preserve such issues for appellate review. *Commonwealth v. Gravely*, 486 Pa. 194, n. 1, 404 A.2d 1296, n. 1 (1979). Therefore, all of the issues advanced in this appeal have been waived.

Judgment of sentence affirmed.